United States Courts
Southern District of Texas
FILED

JUL 15 2015

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | CRIMINAL NO. |
| v. | § § | **15 CR 376** |
| KENNETH EMMANUEL JOHNSON | § | |

### CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

#### COUNT ONE

From on or about November 14, 2014, and continuously thereafter, up to and including March 27, 2015, within the Southern District of Texas and elsewhere,

KENNETH EMMANUEL JOHNSON,

defendant herein, an individual who was required to register pursuant to the Sex Offender Registration and Notification Act, having traveled in interstate or foreign commerce, did knowingly fail to register and update registration as required by the Sex Offender Registration and Notification Act.

In violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL:

Original Signature on File
GRAND JURY FOREPERSON

KENNETH MAGIDSON
United States Attorney

By: *[signature]*
Sherri L. Zack
Assistant United States Attorney
713-567-9374